# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CARLOS ANTONIO PROUSE | § | |
| | § | Civil Action No. 4:21-CV-728 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 2, 2022, the report of the Magistrate Judge (Dkt. #13) was entered containing proposed findings of fact and recommendations that Plaintiff Carlos Antonio Prouse's Motion for Return of Property be denied and this cause be dismissed without prejudice to refiling in the proper venue.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Carlos Antonio Prouse's Motion for Return of Property case is **DENIED** and this cause **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

 **SIGNED this 25th day of August, 2022.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE